IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONID PRAZDNIK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARR RESTAURANT GROUP PARTNERS GP, LLC d/b/a ALMA DE CUBA,<br><br>Defendant. | Civil Action No.: 2:18-cv-00954 |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Starr Restaurant Group Partners GP, LLC d/b/a Alma de Cuba pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective costs and fees.

_____
Lee Litigation Group, PLLC
C.K. Lee, Esq.
30 East 39th Street, Second Floor
New York, NY 10016
*Attorney for Plaintiff*

Dated: June 6, 2018

_____
DLA Piper LLP (US)
Joseph Kernen, Esq.
1650 Market Street, Suite 4900
Philadelphia, PA 19103
*Attorney for Defendant*

Dated: June 6, 2018

**SO ORDERED:**

_____
                    J.